UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHIRLEY WILLIAMS,

                Plaintiff,

                                DECISION AND ORDER

                                04-CV-6227L

                v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

      For the reasons set forth in the Summary Order of the United States Court of Appeals for the Second Circuit, filed April 24, 2007, this action is remanded to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for consideration of the new evidence in conjunction with the administrative record.

      IT IS SO ORDERED.

                                            _____
                                            DAVID G. LARIMER
                                           United States District Judge

Dated: Rochester, New York
       May 23, 2007.